

U.S. Department of Justice
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

Springfield, MO 65801-4000

August 17, 2010



FILED
AUG 26 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

The Honorable Michael P. McCuskey
Chief United States District Judge
Central District of Illinois
Urbana Division
318 U. S. Courthouse
201 S. Vine Street
Urbana, IL  61802

RE: EWING, John
    Reg. No. 11068-026
    Case No. 02-20008

Dear Judge McCuskey:

   This is to update the Court in the case of John Ewing, who was committed to the custody of the Attorney General, pursuant to 18 U.S.C. 4244, by your order dated August 16, 2005.  Mr. Ewing was returned to our facility on August 16, 2005, and remains hospitalized in the Mental Health Treatment Unit of the U.S. Medical Center for Federal Prisoners.

   It is the opinion of our clinical staff that Mr. Ewing has not recovered from his mental illness and continues to require inpatient psychiatric treatment.   Attached is a report prepared by our clinical staff reflecting that opinion.   We ask the Court to accept this letter and the attachment as the annual report called for in the statute.

   It is proposed Mr. Ewing remain at this facility, where he receives active psychiatric care and treatment, until he recovers from his mental illness to the extent he is no longer in need of inpatient treatment.   Please advise us if we can be of further assistance to the Court.

                                                              Sincerely,

                                                              Marty C. Anderson
                                                              Warden

Enclosure    Annual Psychiatric Report    (08-06-2010)

cc/att:    Assistant U.S. Attorney, Central District of Illinois, Urbana Division    (PLEASE FORWARD)
           Defense Counsel , Central District of Illinois, Urbana Division    (PLEASE FORWARD)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

## ANNUAL PSYCHIATRIC REPORT

EWING, John           Reg. No. 11068-026           August 6, 2010

Identification: John Ewing is a 50-year-old male who was committed to the Mental Health Treatment Unit of the United States Medical Center for Federal Prisoners, in Springfield, Missouri, by the United States District Court for the Central District of Illinois under provisions of Title 18, U.S. Code, Section 4244(d) on August 16, 2005. He was convicted in that jurisdiction of Arson and Carrying a deadly Weapon with Intent to Assault. He was given a provisional sentence of life imprisonment and forty years of incarceration, respectively, for these two offenses.

Mr. Ewing has a well established history of serious chronic mental illness predating federal incarceration, and he has been hospitalized for psychiatric treatment on numerous occasions over the past 25 years. He has been a patient at the U.S. Medical Center in Springfield, off and on, since his instant offense in 1997. He was most recently readmitted to Springfield's Medical Center in August of 2005.

Diagnosis   I    Schizophrenia, Paranoid Type
            II   No Diagnosis
            III  Diabetes Mellitus; Migraine Headaches; History of Seizure Disorder
            IV   Long-term incarceration; poor social support
            V    GAF present: 40

**Present Mental & Behavioral Status:**

Mr. Ewing continues to harbor well organized, persisting, and chronic delusional beliefs which involve various people using technological devices to read his mind and steal his thoughts for financial gain. When stabilized on psychotropic medication, Mr. Ewing has generally functioned adequately in open population housing within the structured setting of the Medical Center. He has no discernable insight regarding his having a mental illness, or needing psychotropic medication.

Mr. Ewing has been on various anti-psychotic medications for many years. In June of 2009, following a period of medication non-compliance and clinical decompensation, Mr. Ewing was involuntarily medicated on an emergency basis. He was subsequently evaluated by a Due Process hearing, which endorsed his need for ongoing involuntary anti-psychotic medication.

Mr. Ewing responded well to the resumption of psychotropic medication, and he was subsequently moved from locked housing to open population. Though he still harbors fixed,

EWING, John        Reg. No. 11068-026        August 06, 2010
Page 2

chronic, paranoid delusional beliefs, until quite recently he did not exhibit any further hostility, aggression, or threat behavior.

Mr. Ewing did well for nearly a year, however, on July 7, 2010, he threw a cup of hot coffee in a staff member's face, resulting in 1st and 2nd degree burns. This assault was unprovoked and appeared to be entirely consequent to Mr. Ewing's paranoid thought disorder. Since the assault Mr. Ewing has been housed in locked housing.

Given Mr. Ewing's marginal insight and level of function, along with his history of recurring violence, it is unlikely that he could successfully function in open population at a non Medical Center BOP institution. With these considerations in mind, I recommend that Mr. Ewing remain civilly committed to psychiatric treatment under the provisions of Title 18, U.S. Code, Section 4244.

_____
Patrick C. Gariety, MD
Staff Psychiatrist
U.S. Medical Center For Federal Prisoners